IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                        CASE NO. 4:05-cr-40017

ARLANDER J. LOGAN                                                      DEFENDANT

## ORDER

Before the Court is Defendant Arlander J. Logan's Motion for Order of Copy of Transcript. (ECF No. 101). Defendant requests the Court for copies of sentencing transcripts so he can "make a legal determination" and "offer proof in support of [his] claim." It appears to the Court that Defendant is seeking transcripts free of charge so that he may inspect them with the hope of finding something that might support a collateral challenge to his conviction or sentence.

"There is no statutory authority under 28 U.S.C. § 1915, 28 U.S.C. § 753, or elsewhere, allowing the expenditure of government funds as an aid to impecunious persons exploring the possibility of post-conviction remedies." *U.S. v. Williams*, 2009 WL 2766902, Crim. No. 04-251(1) at *1 (D. Minn. Aug. 27, 2009) (quoting *Prince v. United States*, 312 F.2d 252, 253 (10th Cir. 1962 )(*per curiam*). "An indigent [criminal defendant] is not entitled to a transcript at government expense . . . merely to comb the record in the hope of discovering some flaw." *Culbert v. U.S.*, 325 F.2d 920, 922 (8th Cir. 1964). Because Defendant has not shown a genuine

need for any transcripts to support a specific claim in a pending proceeding, the Court finds that Defendant's motion (ECF No. 101) should be and hereby is **DENIED**.[1]

**IT IS SO ORDERED**, this 14th day of January, 2014.

>  /s/ Harry F. Barnes
>  Harry F. Barnes
>  United States District Judge

---

[1] If Defendant is willing to pay for the transcripts he is seeking, he should be able to obtain it by contacting the court reporter who transcribed the hearing. Defendant should be able to obtain a quote for the cost of the transcripts he is seeking, and upon tendering the requisite payment, he should be able to obtain copies of the transcripts without any order from the Court.